IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| W. L. SNOOK & ASSOCIATES, INC. d/b/a TRAFFIC SAFETY STORE,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>MUNICO CORP. d/b/a TRAFFIC SAFETY WAREHOUSE,<br><br>Defendant, Counter-Plaintiff, and Third Party Plaintiff,<br><br>v.<br><br>WILLIAM L. SNOOK<br><br>Third Party Defendant. | Case No. 8:12-cv-03060-RWT<br><br>**Jury Trial Demanded** |

## ORDER OF DISMISSAL
## WITH PREJUDICE

AND NOW, this 10 day of January, 2013, upon consideration of the parties' Stipulation of Dismissal ("Stipulation"), it is hereby:

(1) **ORDERED** that the Stipulation is approved;

(2) **ORDERED** that this case is dismissed with prejudice; and

(3) **ORDERED** that the parties shall bear their own costs and fees.

_____
Honorable Roger W. Titus
United States District Judge